1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY KIRKWOOD,                        Case No.: 1:23-cv-00314-SKO (PC)

12              Plaintiff,
                                            **FINDINGS AND RECOMMENDATIONS TO**
13        v.                                **DISMISS CERTAIN CLAIMS AND**
                                            **DEFENDANTS**
14   K. RAMIREZ,
                                            (Docs. 8 & 9)
15              Defendant.
                                            **14-DAY OBJECTION PERIOD**
16
                                            Clerk of the Court to Assign District Judge
17

18        Plaintiff Larry Kirkwood is appearing pro se and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.

20        **I.      RELEVANT BACKGROUND**

21        On October 17, 2023, the Court issued its First Screening Order. (Doc. 8.) It found

22   Plaintiff stated a cognizable Eighth Amendment failure to protect claim against Defendant

23   Ramirez but had failed to state any other cognizable claim against any other defendant. (*Id*. at 4-

24   14.) Plaintiff was directed to do one of the following within 21 days: (1) notify the Court he did

25   not wish to file an amended complaint and instead was willing to proceed only on the Eighth

26   Amendment failure to protect claim against Defendant Ramirez with the remaining claims to be

27   dismissed; or (2) file a first amended complaint curing the deficiencies identified in the Court's

28   order, or (3) file a notice of voluntary dismissal. (*Id*. at 15-16.)

On November 2, 2023, Plaintiff filed a notice indicating his wish to proceed only on the Eighth Amendment failure to protect claim against Defendant Ramirez. (Doc. 9.)

**II.     ORDERS AND RECOMMENDATIONS**

The Clerk of the Court is DIRECTED to assign a District Judge to this action.

Further, for the reasons given above, the Court **RECOMMENDS** that:

1.  This action **PROCEED** solely on Plaintiff's Eighth Amendment failure to protect claim against Defendant K. Ramirez, the remaining claims and defendants to be dismissed; and

2.  Defendant Warden Brian Phillips be **DISMISSED** from this action.

These Findings and Recommendations will be submitted to the district judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). **Within 14 days** of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   __**November 13, 2023**__               ____*/s/ Sheila K. Oberto*____

                                         UNITED STATES MAGISTRATE JUDGE